

**United States District Court**
**For The District of Columbia**

Nathan Sturdivant
CMR 467 Box 5827 APO AE 09096
49-1752881059

Case: 1:08-cv-00063
Assigned To : Unassigned
Assign. Date : 01/14/2008
Description: Employ Discrim.

VS.

Department of the Army Honorable Pete Geren, Secretary of the Army
101 Army Pentagon
Washington D.C. 20310-0101

**Complaint**

The Department of the Army violated federal regulations under Title VII of the Civil Rights Act of 1964 when it deprived me of my civil rights for fair employment. The Department of the Army committed numerous and repeated incidents of retaliation against me for my participation in Equal Employment Opportunity activity.

On **March 12, 2006** I sent letters to the Equal Employment Opportunity Office of the U.S. Justice Department and to Equal Employment Opportunity Headquarters describing the discrimination and retaliatory behavior against me and other African Americans at Army's Headquarters in Heidelberg, Germany.

The foundation that formulated illegal acts of retaliatory behavior started on **January 4th 2006** when I introduced "staff rotation at a Child and Youth Services staff meeting. My suggestion for staff rotation was an attempt to ease race segregation initiated by the Department of the Army through the division of labor in the after-school program where I

RECEIVED
DEC 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

was employed. Prior to the staff meeting, African American staff members and me met and decided I would bring the subject of "staff rotation" to the January 4th 2006 staff meeting.

*On November 15th 2006 African American co-workers attested to these claims during an Equal Employment Opportunity Oral Fact Finding Conference investigating my Equal Employment Opportunity complaints against the Department of the Army.*

The Department of the Army violated federal regulations under Title VII of the Civil Rights Act of 1964 and retaliated against me for introducing staff rotation when on **January 12th 2006** I was ordered to turn over all lab equipment to my co-worker because according to the Department of the Army my co-worker was now my supervisor. I was also informed that I should "obey" my co-worker who was equal to my rank.

The Department of the Army had prior knowledge that Civilian Personal Office had not sanction a supervisory position in my department because such a sanction would allow all civilian employees to bid on a supervisory position.

The Department of the Army retaliated against me for introducing staff rotation when on **February 24, 2006** the Department of the Army lowered the point system in an incentive program in the middle of the 2006 school year. The incentive program was used to motivate elementary students to complete homework in the learning lab where I worked. *This action by the Department of the Army caused a high percentage of students to drop-out the learning lab in the middle of the 2006 school year. This measure disrupted the entire learning program. These efforts by the Department of the Army were an attempt to frustrate me and force my resignation for introducing staff rotation at the January 4th 2006 staff meeting.*

On **March 17th 2006** the Department of the Army retaliated against me for my participation in Equal Employment Opportunity activity when it placed me on 90 day Leave of Absence/Suspension on charges that were fabricated and unsubstantiated.

*The Department of the Army placed me on Leave of Absence/Suspension one hour after I submitted a letter to the Department of the Army informing them I filed a complaint with the Equal Employment Opportunity Office of the U.S. Department of Justice and with the Equal Employment Opportunity Headquarters in Washington D.C.*

*In the compliant, I charged the Department of the Army had engaged in harassment, discrimination, and retaliatory behavior in the workplace.*

On **June 19th 2006** the Department of the Army's investigation found no basis for placing me on the March 17th 2006 Leave of Absences/Suspension. The Department of the Army requested I return to work. I was transferred to another Child and Youth Services faculty because of the Equal Employment Opportunity investigation into my complaints at the department where I was employed.

**On June 22nd 2006** I started working at a Child Development Center where further retaliatory behavior by the Department of the Army ensued. Prior to returning to work I received injuries that were going to required two surgeries to correct. I returned to work on June 22nd 2006 but a few weeks later prior injuries hampered my physical ability to perform my duties effectively.

*Under FMLA policies, if an employee request time off related to disability or personal illness, the employer should consider the request either ADA or FMLA.*

*The Department of the Army retaliated against me for participating in legal Equal Employment Opportunity activity when it failed to grant me Family Medical Leave after*

3

*I presented two prognoses from physicians describing the impairment and surgical process to correct it.*

*The Department of the Army retaliated against me for engaging in Equal Employment Opportunity activity when it allowed a lower level supervisor to continuously harass me by requesting and reviewing my medical records. These actions by the Department of the Army were a clear violation of Title VII of the Civil Rights Act of 1964 that states employers may not give managers and supervisors unlimited access to medical files of employees.*

On **August 25th 2006** counselors at the Equal Employment Opportunity Headquarters in Washington D.C. informed me that the medical forms presented to me by the supervisor were improper and not lawfully used to acquire ADA or FMLA information. This retaliatory behavior by the Department of the Army was a deliberate attempt to discredit me and appease colleagues named in the Equal Employment Opportunity complaint.

*On **November 3rd 2006** the Department of the Army violated my Constitutional rights for due process when it banned me from all military installations in Europe. The banishment occurred while I was on sick leave from Army's Headquarter in Heidelberg, Germany. The banishment also occurred while the Equal Employment Opportunity Office was conducting its Oral Fact Finding Conference into charges I filed against the Department of the Army. Consequently, for an entire year, I had no knowledge the Department of the Army had banished me from employment and military installations in Europe.*

*The Department of the Army failed to notify me that I was banished from employment and military installations. I received no certified mail or notice describing the extent of*

4

*the banishment. In addition, no entity representing the Department of the Army informed me I was banned from employment and military installations.*

On **October 11th 2007** I was informed through a third party that I was banned from employment and all military installations. I was instructed to contact the Office of Civilian Misconduct at Army's Garrison in Heidelberg, Germany. On **October 12th 2007** an advisor from the agency emailed me an official document of the banishment issued by the Department of the Army. The document was dated **November 3rd 2006** and stated I was banned from employment and military installations in Europe. The Department of the Army claimed it banned me from employment and military installations based on two prior incidents.

*The first incident alleged I assaulted a former girlfriend on **October 10th 2004** in Frankfurt, Germany. In October of 2004, I was employed with the United States Army in Wiesbaden, Germany where I was vindicated of the October 10th 2004 assault charge. The Department of the Army had prior knowledge I was vindicated of the allege assault charge because on September 5th 2005 the Department of the Army sent me a letter rejecting my application for employment. The Department of the Army's decision not to hire me was based on incomplete information in a Provost Marshal's report that alleged I assaulted a former girlfriend on October 10th 2004 in Frankfurt, Germany. The Department of the Army's decision to reject my application for employment was overturned when I presented a letter from the German prosecutor's office in Frankfurt, Germany stating there was no evidence I assaulted anyone. In further investigations, German authorities' concluded my former girlfriend had fabricated the story I assaulted her. German authorities issued a criminal complaint against her for harassing me and*

*falsifying a police report. I turned the information over to the Department of the Army. The Department of the Army immediately reversed its decision and I was hired October 12, 2005 to assume duties as Homework Instructor at Army Headquarters in Heidelberg, Germany.*

The Department of the Army had vindicated me on two occasions of wrongdoing in the October 10th 2004 assault charge. But the Department of the Army has continuously used the false assault charge to banish, discredit, humiliate, and slander me in an effort to cover-up its retaliatory behavior against me for my participation in Equal Employment Opportunity activity. I shall seek considerable damages for pain and suffering the Department of the Army has blatantly inflicted upon me in these matters.

*In the second incident, it was alleged I made harassing statements to a German Police Officer. But the Department of the Army had prior knowledge there was questionable doubts I made harassing statements to a German Police Officer.*

On **September 12th** 2006 *a German Police Officer called me on my cellular phone and was unprofessional and spoke to me in a demanding authoritarian accent in trying to coerce me to recant my statements I made to German authorities and U.S. Military Police. Prior to the phone call I had written reports to authorities and charged that German Police officers failed to investigate a driver who appeared intoxicated at the scene of a car accident.*

On **May 4th** 2006 *I was involved in a minor car accident. The driver of the other car had caused the collusion and appeared intoxicated at the scene. A German pedestrian who witnessed the accident also observed the intoxicated condition of the driver. On May 4th*

6

*2006, the pedestrian and I wrote official U.S. Military Police reports describing events of the car accident and the intoxicated condition of the German driver.*

*A United States Army Sergeant who was a bystander at the scene also observed the intoxicated condition of the German driver. I later obtained a written statement from the Sergeant describing the condition of the driver involved in the accident.*

*It is required that all military personnel and civilian employees call the Military Police when involved in an auto accident in the host country. After the car accident I immediately phoned U.S. Military Police and request them to come to the scene of the accident. German Police officers arrived first and observed the condition of the accident and the driver but for some reason the Police officers did not investigate the driver's ability to operate a vehicle. The Police Officers simply wrote down the driver's insurance and mailing information and allowed the driver to leave the scene of the accident.*

*I immediately suggested to both Police Officers that something was wrong with the driver and he should be investigated for DWI. I also suggested we wait for U.S. Military Police to arrive and conduct their investigation of the accident and the driver. My requests to German Police were to no avail. The German Police simply gave me the other driver's insurance and mailing information and then disperse from the scene of the accident.*

*My major concerns to German authorities and the Department of the Army was that German Police Officers allowed the German driver, who appeared intoxicated, to leave the scene of the accident and operate his vehicle during the time of day when American and German school children was returning home from school.*

On **September 11th 2006**, I was requested to fax my account of the accident to the German Police Department in Kaiserslautern, Germany. On **September 28th 2006**, I was requested to submit documentation of the incident to the Department of the Army's Program Review Board in Heidelberg, Germany. In the document I reiterated there might been anti-American and other sentiments associated with the German Police officers at the scene of the May 4th 2006 car accident. Consequently, the Department of the Army used the **September 12, 2006** coercion incident that was associated with the *May 4th 2006* car accident to discredit and slander me in mid of an Equal Employment Opportunity investigation into my claims against the Department of the Army.

The Department of the Army violated my *Constitutional Rights* when it retaliated against me for participating in Equal Employment Opportunity activity. The Department of the Army had prior knowledge I was not trial and convicted in a court of law for the incidents stated in its **November 3rd 2006** decision to ban me from employment and military installations in Europe. The Department of the Army had prior knowledge it did not notify me of its decision to ban me from employment and military installations in Europe. I shall seek considerable damages for pain and suffering the Department of the Army has blatantly inflicted upon me in these matters.

On **January 12, 2007** the Department of the Army retaliated against me for participating in Equal Employment Opportunity activity when it disqualified me from employment at Army Headquarters in Heidelberg, Germany.

*The Department of the Army's decision to disqualify me from employment came while the Equal Employment Opportunity Commission was conducting its investigation into complaints I filed against the Department of the Army.*

*The Department of the Army's decision to disqualify me was based on unsubstantiated information on my criminal background report. The Department of the Army included in its charge the **October 10th 2004** false assault charge and the **September 12th 2006** coercion incident to make its case to disqualify me from my employment with the Department of the Army.*

*The Department of the Army had prior knowledge I was employed for more than two years with the Department of the Army in Wiesbaden, Germany and had successfully completed the same criminal background procedures I completed with the Department of the Army in Heidelberg, Germany. The Department of the Army had prior knowledge I was employed at several child and youth facilities in the U.S. and successfully completed rigid background screenings associated with child care facilities in the states.*

*The Department of the Army had prior knowledge I had no felony convictions or serious misdemeanors that would impede my abilities to work with children.*

*The Department of the Army had prior knowledge that it has convicted felons among its own ranks including the department where I was employed. The Department of the Army has treated me differently and has violated my civil rights for fair employment and has deliberately singled me out for repeated reprisals because I blew the whistle on illegal conduct by government officials.*

The Department of the Army reprisals wholly influenced the outcome of an Equal Employment Opportunity Commission investigation that started in March of 2006 and concluded on August 15th of 2007. During this occurrence the Department of the Army has sought to banish, disqualify, slander, and stereotyped me in an effort to cover up its reprisals. I shall take these grievances to the highest federal court in our country. I believe

the Department of the Army sought to violate my civil rights and avoid detection from our judiciary system because these illegal acts against me were perpetrated on foreign soil.

I plea to the United States District Court For The District of Columbia to accept my pro se complaint against the Department of the Army for the violations I mentioned throughout this document. I request a trial by jury and seek $350.000 dollars compensation for a retaliation claim against the Department of the Army. Thank you for your cooperation in this matter.

Sincerely,

*Nathan Sturdivant* 12-06-2007
Nathan Sturdivant


**Address:** Nathan Sturdivant
CMR 467 Box 5827
APO AE 09096

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

H
08-0063
UNA

### I (a) PLAINTIFFS

Nathan Sturdivant

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 99999
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE N/P

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

### DEFENDANTS

Department of the Army, Secretary Hon Pete Green

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00063
Assigned To : Unassigned
Assign. Date : 01/14/2008
Description: Employ Discrim.

CASE RE-ASSIGNED TO: SULLIVAN, J. EGS   FEB 13 2008

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☐ B. Personal Injury/ Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ☐ G. Habeas Corpus/ 2255<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. Employment Discrimination<br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. FOIA/PRIVACY ACT<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. Student Loan<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. Labor/ERISA (non-employment)<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. Other Civil Rights (non-employment)<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. Contract<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. Three-Judge Court<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 2000

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ 350,000  Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☐ NO If yes, please complete related case form.

DATE 1/14/08   SIGNATURE OF ATTORNEY OF RECORD NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.


N:\forms\js-44.wpd