UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN STURDIVANT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 0063 |
| DEPARTMENT OF THE ARMY, Hon. Pete Geren, Secretary, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER STAYING CASE

This matter comes before the Court upon review of the *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted, but the case must be stayed for the following reasons.

Plaintiff alleges that the Department of the Army discriminated against him on the basis of his race, African American, and "committed numerous and repeated incidents of retaliation against [him] for [his] participation in Equal Employment Opportunity activity." Compl. at 1. He brings this action against the Secretary of the Army under Title VII of the Civil Rights Act of 1964, as amended, *see* 42 U.S.C. § 2000e *et seq. See id.*

The issuance of a right to sue letter from the Equal Employment Opportunity Commission is a condition precedent to the filing of an action such as this in federal court. 42 U.S.C. §§ 2000e-5(b), (e) and (f), 2000e-16(c), (d); *see* 29 C.F.R. § 1614.407. The complaint refers to an EEO investigation, but it is unclear whether plaintiff has exhausted his administrative remedies on these employment discrimination claims.

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that this matter is STAYED, and it is

FURTHER ORDERED that, within 30 days of entry of this Order, plaintiff shall provide the Court with a right to sue letter indicating a final determination of plaintiff's EEO charge. Failure to do so will result in the dismissal of this matter.

_____
United States District Judge

Date: December 28, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| NATHAN STURDIVANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0063 |
| ) | |
| DEPARTMENT OF THE ARMY, ) | |
| Hon. Pete Geren, Secretary, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER STAYING CASE

This matter comes before the Court upon review of the *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted, but the case must be stayed for the following reasons.

Plaintiff alleges that the Department of the Army discriminated against him on the basis of his race, African American, and "committed numerous and repeated incidents of retaliation against [him] for [his] participation in Equal Employment Opportunity activity." Compl. at 1. He brings this action against the Secretary of the Army under Title VII of the Civil Rights Act of 1964, as amended, *see* 42 U.S.C. § 2000e *et seq. See id.*

The issuance of a right to sue letter from the Equal Employment Opportunity Commission is a condition precedent to the filing of an action such as this in federal court. 42 U.S.C. §§ 2000e-5(b), (e) and (f), 2000e-16(c), (d); *see* 29 C.F.R. § 1614.407. The complaint refers to an EEO investigation, but it is unclear whether plaintiff has exhausted his administrative remedies on these employment discrimination claims.

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that this matter is STAYED, and it is

FURTHER ORDERED that, within 30 days of entry of this Order, plaintiff shall provide the Court with a right to sue letter indicating a final determination of plaintiff's EEO charge. Failure to do so will result in the dismissal of this matter.

/s/ Reggie B. Walton
United States District Judge

Date: December 28, 2007