UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nathan Sturdivant, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **080063** *UN/A* |
| ) | |
| ) | |
| Department of the Army, ) | |
| Hon.Pete Geren, Secretary, ) | |
| | |
| Defendant | |

## MEMORANDUM AND FINAL ACTION OF THE EEOC PROCESS

Enclosed is the Department of the Army final action in the equal employment opportunity (EEO) complaint. The document attached with this letter is equivalent of a right to sue letter that was requested by Honorable Judge Reggie B. Walton of the United States Court for the District of Columbia, in case No. **080063.** Thank you for your cooperation.

Nathan Sturdivant
*/s/ Nathan Sturdivant*

Date: 01-22-2008



**DEPARTMENT OF THE ARMY**
**EQUAL EMPLOYMENT OPPORTUNITY**
**COMPLIANCE AND COMPLAINTS REVIEW**
1901 SOUTH BELL STREET, 1ST FLOOR
ARLINGTON, VA 22202-4508

REPLY TO
ATTENTION OF          1 OCT 2007

Equal Employment Opportunity
 Compliance and Complaints Review

Mr. Nathan J. Sturdivant
CMR 467 Box 5827
APO AE 09096

                        Complaint of Nathan J. Sturdivant v.
                         Pete Geren, Secretary of the Army
                        DA Docket No.: AREUHEID06MAR01121
                        EEOC Case No.: 570-2007-00401X

Dear Mr. Sturdivant:

    This is the Department of the Army's final action in the above referenced equal employment opportunity (EEO) complaint. The Equal Employment Opportunity Commission (EEOC) forwarded this office a decision and order finding no discrimination, dated August 15, 2007, which was received in this office on August 17, 2007. The record shows that the EEOC provided copies of the decision under separate cover; however, a copy of the decision is enclosed (Enclosure 1).

    In the respective complaint, you claimed that you were the victim of discrimination and harassment based upon race (Afro/Black), sex (male) and retaliation when on March 2, 2006, you were informed that the incentive programs you had implement for children had been changed; on January 12, 2006, a coworker was designated over you to serve as Lead Associate in homework lab; on August 8, 2006, you were issued a request for medical information; on July 13, 2006, you were counseled on your absence and the leave procedures for CDC; and your claim on July 13, 2006, that management endangered your health by requesting that you report for work because the CDC was short staffed.

    I have evaluated all of the information in the complaint file including the Department of Defense Civilian Personnel Management Services, Investigations and Resolution Division, Report of Investigation as well as the EEOC Administrative Judge's (AJ) decision.

    The EEOC AJ has found that no discrimination occurred on the bases alleged. Based on my evaluation of this matter on behalf of the Secretary of the Army, I have decided to fully implement the EEOC AJ's decision finding no discrimination.

    Since a finding of no discrimination was issued in this matter, no relief, including attorney's fees or costs, is warranted or ordered.

If this decision is not satisfactory, your appeal rights are as follows:

### Appeal Rights for Non-Mixed Complaints

An appeal may be filed with the Equal Employment Opportunity Commission [Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, DC 20036] within <u>30 calendar days</u> of the date of receipt of this decision. The <u>30 calendar day</u> period for filing an appeal begins on the date of receipt of this decision. An appeal shall be deemed timely if it is delivered in person, transmitted by facsimile or postmarked before the expiration of the filing period or, in the absence of a legible postmark, the appeal is received by the Commission by mail within five (5) calendar days after the expiration of the filing period. **The complainant will serve a copy of the Notice of Appeal/Petition, EEOC Form 573, to the agency [Director for Equal Employment Opportunity Compliance and Complaints Review, Department of the Army, ATTN: SAMR-EO-CCR, 1901 South Bell Street, Suite 109B, Arlington, Virginia 22202] <u>and furnish a copy to the agency representative at the address on the enclosed certificate of service</u> (Enclosure 2) at the same time it is filed with the Commission.** In or attached to the appeal to the Commission, the complainant must certify the date and method by which service was made to the agency [Director for Equal Employment Opportunity Compliance and Complaints Review].

The complainant may file a brief or statement in support of his/her appeal with the Office of Federal Operations. The brief or statement **must** be filed within <u>30 calendar days</u> from the date the appeal is filed. The complainant will serve a copy of the brief or statement in support of his/her appeal to the agency [Director for Equal Employment Opportunity Compliance and Complaints Review and furnish a copy to the agency representative at the addresses shown above] at the same time the brief or statement is filed with the Commission. The regulation providing for appeal rights is contained in Title 29 of the Code of Federal Regulations, a section of which is reproduced below:

*Section 1614.401   Appeals to the Commission.*

*(a) A complainant may appeal an agency's final action or dismissal of a complaint.*

*(b) An agency may appeal as provided in Section 1614.110(a).*

*(c) A class agent or an agency may appeal an administrative judge's decision accepting or dismissing all or part of a class complaint; a class agent may appeal a final decision on a class complaint; a class member may appeal a final decision on a claim for individual relief under a class complaint; and a class member, a class agent or an agency may appeal a final decision on a petition pursuant to Section 1614.204(g)(4).*

*(d) A grievant may appeal the final decision of the agency, the arbitrator or the Federal Labor Relations Authority (FLRA) on the grievance when an issue of*

employment discrimination was raised in a negotiated grievance procedure that permits such issues to be raised. A grievant may not appeal under this part, however, when the matter initially raised in the negotiated grievance procedure is still ongoing in that process, is in arbitration, is before the FLRA, is appealable to the MSPB [Merit Systems Protection Board] or if 5 U.S.C. 7121(d) is inapplicable to the involved agency.

(e) A complainant, agent or individual class claimant may appeal to the Commission an agency's alleged noncompliance with a settlement agreement or final decision in accordance with Section 1614.504.

### Section 1614.402  Time for appeals to the Commission.

(a) Appeals described in Section 1614.401(a) and (c) must be filed within 30 calendar days of receipt of the dismissal, final action or decision. Appeals described in Section 1614.401(b) must be filed within 40 calendar days of receipt of the hearing file and decision. Where a complainant has notified the EEO Director [Deputy for Equal Employment Opportunity Compliance and Complaints Review] of alleged noncompliance with a settlement agreement in accordance with Section 1614.504, the complainant may file an appeal 35 calendar days after service of the allegations of noncompliance, but no later than 30 calendar days after receipt of the agency's determination.

(b) If the complainant is represented by an attorney of record, then the 30 calendar day time period provided in paragraph (a) of this section within which to appeal shall be calculated from the receipt of the required document by the attorney. In all other instances, the time within which to appeal shall be calculated from the receipt of the required document by the complainant.

### Section 1614.403  How to appeal.

(a) The complainant, agency, agent, grievant or individual class claimant (hereinafter appellant) must file an appeal with the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, DC 20036, or by personal delivery or facsimile. The appellant should use EEOC Form 573, Notice of Appeal/Petition [copy enclosed], and should indicate what is being appealed.

(b) The appellant shall furnish a copy of the appeal to the opposing party [Deputy for Equal Employment Opportunity Compliance and Complaints Review and the agency representative – addresses shown above] at the same time it is filed with the Commission. In or attached to the appeal to the Commission, the appellant must certify the date and method by which service was made on the opposing party [Deputy for Equal Employment Opportunity Compliance and Complaints Review].

(c)  If an appellant does not file an appeal within the time limits of this subpart, the appeal shall be dismissed by the Commission as untimely.

(d)  Any statement or brief on behalf of a complainant in support of the appeal must be submitted to the Office of Federal Operations within 30 calendar days of filing the notice of appeal.  Any statement or brief on behalf of the agency in support of its appeal must be submitted to the Office of Federal Operations within 20 calendar days of filing the notice of appeal.  The Office of Federal Operations will accept statements or briefs in support of an appeal by facsimile transmittal, provided they are no more than 10 pages long.

(e)  The agency must submit the complaint file to the Office of Federal Operations within 30 calendar days of initial notification that the complainant has filed an appeal or within 30 calendar days of submission of an appeal by the agency.

(f)  Any statement or brief in opposition to an appeal must be submitted to the Commission and served on the opposing party within 30 calendar days of receipt of the statement or brief supporting the appeal, or, if no statement or brief supporting the appeal is filed, within 60 calendar days of receipt of the appeal.  The Office of Federal Operations will accept statements or briefs in opposition to an appeal by facsimile provided they are no more than 10 pages long.

**Section 1614.407  Civil action: Title VII, Age Discrimination in Employment Act and Rehabilitation Act.**

A complainant who has filed an individual complaint, an agent who has filed a class complaint or a claimant who has filed a claim for individual relief pursuant to a class complaint is authorized under Title VII, the ADEA [Age Discrimination in Employment Act] and the Rehabilitation Act to file a civil action in an appropriate United States District Court:

(a)  Within 90 calendar days of receipt of the final action on an individual or class complaint if no appeal has been filed;

(b)  After 180 calendar days from the date of filing an individual or class complaint if an appeal has not been filed and final action has not been taken;

(c)  Within 90 calendar days of receipt of the Commission's final decision on an appeal; or

(d)  After 180 calendar days from the date of filing an appeal with the Commission if there has been no final decision by the Commission.

**Section 1614.409  Effect of filing a civil action.**

*Filing a civil action under § 1614.408 or § 1614.409 shall terminate Commission processing of the appeal. If private suit is filed subsequent to the filing of an appeal, the parties are requested to notify the Commission in writing.*

If a civil action is filed and the complainant does not have or is unable to obtain the services of a lawyer, the complainant may request the court to appoint a lawyer. In such circumstances as the court may deem just, the court may appoint a lawyer to represent the complainant and may authorize the commencement of the action without the payment of fees, costs, or security. Any such request <u>must</u> be made within the above referenced <u>90 calendar day</u> time limit for filing suit and in such form and manner as the court may require.

You are further notified that if your client files a civil action, he must name the appropriate Department or Agency head as the defendant and provide his or her official title. **DO NOT NAME JUST THE AGENCY OR DEPARTMENT**. Failure to name the head of the Department or Agency or to state his or her official title may result in the dismissal of the case. The appropriate agency is the Department of the Army. The head of the Department of the Army is the Honorable Pete Geren, Secretary of the Army.

## Docket Numbers

The docket numbers identified on page one of this letter should be used on all correspondence.

Sincerely,

Spurgeon A. Moore
Director for Equal Employment Opportunity
Compliance and Complaints Review

Enclosures

