**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

FEB 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| NATHAN STURDIVANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0063 |
| | ) | |
| PETE GEREN, Secretary, | ) | |
| Department of the Army, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**
**Lifting Stay of Proceedings**

It is hereby

ORDERED that the stay of proceedings is LIFTED; and it is

FURTHER ORDERED that the Clerk randomly assign this case to a district

judge for further proceedings.

SO ORDERED.

United States District Judge

Date: 2/5/08