UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN STURDIVANT )<br>)<br>Plaintiff )<br>)<br>V )<br>PETE GEREN, Secretary of )<br>the Department of the Army )<br><br>Defendant | Civil Action No. 08-0063 EGS |

## REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on February 13, 2008 from Unassigned (9098)

to Judge Sullivan because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By:  La Tanau Scott
     Deputy Clerk

CC:  Judge Sullivan
& Courtroom Deputy
Civil Case Processing Clerk
     Statistical