RECEIVED
MAY 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To Whom IT May Concern

My name is Nathan Sturdivant case number 08-0063 EGS.

I like to report a change in address

My old Address is: CMR 467
PO Box 5827
APO AE 09096

My New Address is: PO Box 133
Watertown, New York
13601

Thank you,

Nathan Sturdivant