UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NATHAN J. STURDIVANT,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0063 (EGS) |
| **PETE GEREN,** | ) |
| Defendant. | ) |

### ORDER

Defendant filed a motion to dismiss the complaint or to transfer the case. Plaintiff was advised of his obligations under the Federal Rules of Civil Procedure and the rules of this Court and directed to respond by May 12, 2008 to the defendant's motion to dismiss or transfer, or risk the Court treating the motion as conceded and dismissing the case. No response to the motion has been filed. Plaintiff has noticed a change of address, however. Accordingly, and in an abundance of caution, it is hereby

ORDERED that the Clerk of Court shall send to the plaintiff at his current address a copy of the Order dated April 8, 2008 [#9]. It is further

ORDERED that the deadline for plaintiff's response to the motion to dismiss is extended from May 12, 2008 to July 1, 2008.

/s/
EMMET G. SULLIVAN
United States District Judge

Dated: May 30, 2008