UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHAN J. STURDIVANT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action 08-0063 (EGS) |
| | ) |
| **PETE GEREN** | ) |
| **Secretary of the Army,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Special Assistant United States Attorney Lanny J. Acosta, Jr. as counsel for defendant in the above captioned case and withdraw the appearance of Special Assistant United States Attorney Brian C. Baldrate.

Respectfully submitted,

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

**NATHAN STURDIVANT**
P.O. Box 133
Watertown, NY 13601

on this _____ day of July, 2008.

                       _____/s/_____
                       LANNY J. ACOSTA, JR.
                       Special Assistant United States Attorney
                       Civil Division
                       555 Fourth St., N.W.
                       Washington, D.C.  20530
                       202-353-9895  / FAX 202-514-8780