UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

**RECEIVED**
JUL 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **Nathan J. Sturdivant** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action 08-006 (EGS) |
| ) | |
| **Pete Geren** ) | |
| **Secretary of the Army** ) | |
| ) | |
| **Defendant** ) | |

**REPLY TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER**

The need to trial this case in the Federal Court ForThe District of Columbia is embedded in the need for proximity to resources and familiarity with the District of Columbia. Honorable Judge Rebecca Beach Smith granted a change in location base on my request because of the poor financial condition the defendant deliberately placed me, in the Republic of Germany.

It can be equally construed the Eastern District of Virginia is not the judicial district in which the unlawful employment practice is alleged to have been committed; nor is it the judicial district that completely embody all official records relevant in this case. In fact, social institutions that provided data and records connected to this case are stationed in the District of Columbia.

1

The U.S. House and Senate did not specify what judicial district Title VII violations is to be process when violations occur in a foreign country. The argument of what judicial district I would be employed is not relevant in this case because there is an Army Garrison in Washington DC with similar support services as those at Army Headquarters in Heidelberg, Germany. Therefore, I could have been employed for the Department of the Army in the State of Virginia or in the District of Columbia because both districts have U.S. Army Garrisons.

I do not understand the defendant's constant resistance to trial this case in the District Court for the District of Columbia. I feel the defendant is again taking advantage of the poor financial condition it placed me, and now is trying to persuade this court to determine and measure whether or not a few miles between the State of Virginia and Washington DC could pose further economic hardship.

I believe the District Court for the District of Columbia has subject-matter jurisdiction to hear and act upon this case in the District of Columbia. The Honorable Judge Rebecca Beach Smith would have rejected a request in location or venue if the defendant automatically maintained territorial jurisdiction in this case.

The need to trial this case in the District of Columbia is clearly indicated in a Motion to the Honorable Judge Rebecca Beach Smith of the Eastern District of Virginia. The basis to trial this case in the District of Columbia is embedded in the case itself. The factors that influence the outcome in this case relied on unsubstantiated reports derived from the Federal Bureau of Investigations in Washington DC and not from employment records at the defendant's main office in Virginia.

The defendant used unsubstantiated background information from the Federal Bureau of Investigations to retaliate against me and disqualified me from my employment. But the defendant failed to use substantiated background information from the Federal Bureau of Investigations to disqualify others who were employed in the same capacity as I at Army Headquarters in Heidelberg, Germany.

The defendant violated United States SOFA agreements set by the U.S. House and Senate with the Republic of Germany when the defendant failed to protect me as an American citizen and employee of the United States government when it allowed agents of the host nation to discriminate and retaliate against me on at least two occasions. Moreover, the defendant acted as cohort with the agents in an effort to discriminate and retaliate against me for engaging in Equal Employment Opportunity activity.

This can be contributed to the **March 17, 2006 Suspension/Leave of Absence** in which the defendant placed me on a 90 day Suspension/Leave of Absence one hour after the defendant received notice that I filed a complaint against the defendant with the Equal Employment Opportunity division of the United States Department of Justice and the Equal Employment Opportunity Commission Headquarters in Washington DC **(EXHIBIT 11: Department of Defense Fact Finding Conference November 6, 2006 Nora Carol Ferguson sworn testimony. Equal Employment Opportunity Commission Administrative File and Index, Docket # AREUHEID06MAR01121: Letter to Ms. Bonnie J. Ballard dated May 23. Suspension/leave of absent Notices dated March 17, 2006).**

The defendant, in an effort to cover-up its retaliatory behavior, sided with a German Utility Company against me. The German Utility Company actions were

retaliatory and did not offer the defendant evidence outside of fabrications, hearsay, and innuendoes. As a result, the defendant placed me on a 90 day Suspension/Leave of Absence (**EXHIBIT 17: Equal Employment Opportunity Commission Administrative File and Index, Docket # AREUHEID06MAR01121:** *Notice of Proposed Separation for Cause* **dated May 16th 2006. Letter to the Director of Morale, Welfare, and Recreation Mrs. Ferguson dated June 2nd 2006).**

The defendant violated United States SOFA agreements set by the U.S. House and Senate with the Republic of Germany when the defendant failed to protect me as a United States citizen and employee of the United States government when it allowed agents of the host country to discriminate and retaliate against me when on **November 3rd 2006** the defendant sided with agents of the host country and banned me from my employment and military installations in Europe. The defendant had prior knowledge that the agent's **September 13, 2006 Polize's report** was retaliatory and influence and tainted by my supervisor in which there were discussions by the supervisor that I no longer worked for the Department of the Army and that I was going to be fired. Moreover, the defendant had prior knowledge that Polize's charges were retaliatory because there were eye witnesses who submitted Military Police reports that supported my statements about the physical condition of the driver in the May 4th 2006 auto accident (**EXHIBIT 14: Letter to Program Review Board and Polize precinct Kaiserslautern dated September 14, 2006. Polize official Incident Report dated September 13, 2006).**

The reason the defendant was able to discriminate and retaliate against me and exploits loopholes in the United States SOFA agreements with the Republic of Germany

is because there is no version of Title VII legislation and protections embodied in SOFA agreements with the Republic of Germany.

I plea to the District Court for the District of Columbia to adhere to my request for stay in the District Court for the District of Columbia. The Honorable Judge Rebecca Beach Smith was jurisprudence and applied the rule of law adequately.

A stay in the District Court for the District of Columbia is more than just a matter of convenience. The defendant in this case caused needless and unnecessary harm to my overall financial arrangement and stability I had prior to arriving to the Republic of Germany to assist the defendant the best I knew how. Thank you for your cooperation.


Sincerely,

*Nathan Sturdivant*
Nathan Sturdivant

## CERTIFICATE OF SERVICE

I certify copies of documents were served on the following by July 18, 2008:

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

                                                Lanny J. Acosta Jr.
Special Assistant United States
Attorney, Civil Division
555 Fourth St. N.W.
Washington D.C. 20530

# Exhibit 17

( Equal Employment Opportunity Commission Administrative File and Index, Docket # AREUHEID06MAR01121: *Notice of Proposed Separation for Cause* dated May 16th 2006. Letter to Mrs. Ferguson, Director of Morale, Welfare, and Recreation dated June 2nd 2006).

DEPARTMENT OF THE ARMY
U.S. ARMY GARRISION HEIDELBERG
UNIT 29237
APO AE 09102

IMEU-HES-MWC

MEMORANDUM FOR Mr. Nathan J. Sturdivant, Child and Youth Program Associate Homework Lab, NF-1702-03, School Age Services, United States Army Garrison, Heidelberg, APO AE 09102

SUBJECT: Notice of Proposed Separation for Cause

1. You are hereby informed that I am proposing to separate you from your position as Child and Youth Program Associate Homework Lab, NF-1702-03 and from nonappropriated fund employment for off duty misconduct. This action, if affected, will be carried out no earlier than five (5) calendar days from the date you receive this memorandum. This action is in accordance with chapter 7, Army Regulation (AR) 215-3.

2. The facts to support this proposed action are as follows:



   a. On or about 15 February 2006, you requested the immediate unblocking of your gas meter. The following day, a field worker went to your residence to assess the situation and based on that assessment refused to unblock the meter. You then called the gas company and during your conversation with a representative, called him a "dirty Nazi" presumably because he refused to unblock the gas meter. You later met with the same representative in person, and proceeded to insult and curse at him. Your demeanor was so aggressive that the representative, as well as two witnesses, felt that you were going to assault someone.

   b. According to a statement provided by a gas company representative, on 16 February 2006, you made disparaging comments while inquiring why your gas meter was blocked. The representative indicates that when he asked you for the address to your residence you spelled out the address "I like Iris, M like ... N like Nazi, like you are!" Throughout the conversation, you were shouting and cursing to the point that the representative could not understand you.

   c. Due to your actions with the gas company, a United States Army Garrison (USAG) Kaiserslautern representative was contacted and the situation was brought to the USAG Commander's attention. The representative was provided with statements from gas company workers regarding your conduct and treatment. The gas company explained that as a result of your behavior, company employees had expressed concern about being sent to your residence to provide assistance. The gas company also stated that in over twenty years of serving the Americans that they have never had to deal with a situation such as this and hope that this is an isolated incident. As an employee of the United States Army overseas, your actions reflect on the Army in the eyes of our host nation. Your behavior, even in a private capacity, reflects discredit upon the Armed forces and will not be tolerated. Clearly you cannot conduct yourself in am



84

IMEU-HES-MWC
SUBJECT: Notice of Proposed Separation for Cause



manner consistent with the requirements of living and working in a foreign nation. Furthermore, your behavior causes me to question your suitability for working with children.

3. The purpose of this action is to maintain good order and promote the efficiency of the service. In making my determination, I considered AR 215-3, chapter 7.

4. You have the right to review all of the materials relied upon as the basis for this proposed action. They are located at the Heidelberg Civilian Personnel Advisory Center (CPAC), NAF Division, in Building 3980, across from the Heidelberg Shopping Center. In order to review this material, you should contact Ms. Natasha Burney, NAF Human Resources Officer, at DSN: 370-7663 or commercial 06221-577663.

5. You have the right to reply orally, in writing, or both, and to submit affidavits in support of your reply. Your reply should be made to Mrs. Carol Ferguson, Director Morale Welfare and Recreation, DSN: 373-1350 commercial 06221-17-1350. Your reply must be made within five (5) calendar days after your receipt of this memorandum. Any reply you make will be given full consideration before a final decision is made. The final decision, which will be provided to you in writing, may cancel the proposal altogether, impose a lesser discipline than the one I have proposed, or affect your separation from employment. During the notice period, you will continue in an administrative leave status.



6. When presenting your reply, you may be accompanied by a representative of your choosing provided the representative's service does not result in a conflict, or apparent conflict of interest or position, conflict with the priority needs of the service, or cause unreasonable cost to the NAFI. If you choose to have a representative, you must designate your representative in writing through me to Ms. Burney. You will be provided a reasonable amount of official time to prepare your reply. Representation and the use of official time are governed under the provisions of AR 215-3, paragraphs 8-5 and 8-6. The use of official time is subject to supervisory approval.

7. Should you desire additional information or clarification regarding this memorandum and/or the reply procedure, you may contact Ms. Burney, phone number DSN: 370-7663 or commercial 06221-577663. You are requested to acknowledge receipt of this memorandum by signing and dating below. Your refusal to sign does not void the contents of this memorandum.

                                                  DOWAIN GEESEY
                                                  School Age Services

RECEIPT ACKNOWLEDGED:

_____    _____
SIGNATURE                                  DATE

85

**Department of the Army**
**HEADQUATERS 411TH BASE BATTIATION HEIDLBERG**
**UNIT 29245**
**APO AE 09102**

**MEMORANDUM FOR**                                    2 June 2006

**Subject: Response to Proposed Separation for Cause**

**To: Morale, Welfare, and Recreation Director Mrs. Carol Ferguson**

Dear Mrs. Ferguson,

On May 25, 2006 I requested Mrs. Burney's office to fax me the material related to allegations made against me. It was the first time I saw allegations in writing and was shocked that the content of the material was more than barbaric lies and innuendoes but the charges appear to me an organized conspiracy.

In November of 2004, I moved to a basement apartment at Im Brand 8# in Mehlingen, Germany. I signed a rental lease agreement with the house owner Mr. Lutzi who also resides in the same house. Mr. Lutzi does not speak English except a few simple words. He took me around to all the utility companies and was quite familiar with the staff at each office particularly at the electricity company, which had an outlet office near his home.

The lease agreement and basic utilities were in my name up until the first week of January 2005. That is when my fiancée moved into the apartment with me. We place the utilities in her name including the rental agreement lease because during that particular period I was attending Graduate school and was not seeking full time employment. However, paying the rent was my responsibility and my fiancée responsible was paying the utilities. She eventually fell behind paying utility bills because of an urgency to pay

1

U.S. government student loans. But when the problem of utilities came to my attention I notice the utility bills where exceptionally expensive and the usage of electricity and gas appeared to have exceeded far beyond what we possibly was using. We both were energy conscious thus lights, gas, and water usage was at minimum consumption. But the monthly statements of usage from utilities companies were exceptionally high. I suspected the meters were malfunction and projecting higher usage or possible fraud related to usage.

     I communicated those concerns in numerous phone conversations with a manager at the Vat office at Kieber BSB. However, the manager was more concern Americans did not leave utility bills in Germany and he appeared not concern about my claim of faulty utility meters and fraud. The basement apartment we lived was 3 miles from Sembach Air force Base. But in early February of 2006, we discovered the apartment and house we lived was not register with Air Force or Army Housing Department and had never went through the rigid housing inspection process. In retrospect, I discovered the apartment through an Army community newspaper and not through Air Force or Army Housing Department. When I discovered the house was not inspected by Air Force or Army Housing Department it simply deepen my suspicion of utility fraud by the landlord. More importantly, it was not realistic that apartments that service Americans and had close proximity to our Sembach Air Force Base was not register or inspected by Air Force or Army's Housing Department. This meant Americans who lived there prior to us probably was billed excessively for utilities and never received money back from German utility companies at the end of the year.

The first of February I took an interpreter (Risi Omotosho) to Mr. Lutzi apartment to inform him that I needed to sign a new rental agreement with him so I could place the utilities in my name because my fiancée and I shall be vacating the apartment in 6 weeks and she could no longer pay the high utility bills. The interpreter informs Mr. Lutzi that Air Force housing department will come soon to inspect his side of the house to determine if he is connected to my utilities. Through my interpreter, Mr. Lutzi stated that he did not care if we moved and Air Force Housing will not inspect anything on his property. He then claimed I owed him 300 euro for his water bill. Mr. Lutzi stated he will not sign a rental agreement with me until we pay the water bill. At that point, it was the first time I heard about a water bill because the water utility was included in the rent. According to the rental agreement the payment of 30 euros was included in the rent during 2005. We had paid Mr. Lutzi 360 euros for water in 2005. He wanted an additional 300 euros, which would have total 660 euros for water in 2005.

Mr. Lutzi showed my interpreter a water bill he wrote to reflect water usage. He also showed a water meter in his basement that reflected total usage of water. Mr. Lutzi water bill for 2005 amounted to 1,294 euro. I later called the water company and they confirmed that there is only a single water meter in Mr. Lutzi´s house and the company uses it to determine total water usage. The water company stated that the total amount of money for water used in the house was 1, 294 euro for 2005. Their Customer Service Department at the water company stated that 1,200 euro is common for 6 people living in a house. Six adults lived in our building but 4 tenants were retired and home all day. Two of the tenants in the house had a wash machine and dyer in the basement next to our apartment. Mr. Lutzi had a wash machine and dyer in his apartment as well.  In late

3

evenings, we could hear the washers washing frequently, especially the one in the basement located next to our apartment. Mr. Lutzi and the other tenants also had a large vegetable garden in the backyard. In the summer of 2005, it was hot and dry in Germany due to the lack of rain. When I arrive home from the library in the evenings, Mr. Lutzi or one of the tenants would be watering their garden with a garden hose that was connected to Mr. Lutzi's garage. My fiancée and I did not have a vegetable garden nor did we own a wash machine or dyer. We did our laundry on military installations and we frequently purchased drinking water there too. We did not or could not have possibly used the amount of water Mr. Lutzi wanted to charge (Please see official letter from JAG).

The report I received on May 25th 2006 from Mrs. Burney's office was confusing. However, it made me realize the sort of corruption of in-group-out-group behavior, practices, and nationalism associated with people in foreign countries.

Mr. Lutzi and Mr. Zinn mentioned in the report hardly spoke any English. But Mr. Lutzi and Mr. Zinn are either relatives or long term friends because over the course of my stay at Mr. Lutzi residence, I observed Mr. Zinn visiting Mr. and Mrs. Lutzi on countless occasions. I have observed Mr. Zinn assisting Mr. Lutzi in chores around the house. But I was not aware of Mr. Zinn name because we were never introduced. I realize Mr. Zinn was his name when I read the report I received from Mrs Burney's office. Moreover, I was unaware Mr. Zinn worked for the gas company until he showed up at my door in mid-February with Mr. Lutzi and produced a notice related to my gas being shut down. The report that stated Mr. Zinn was under violent threats is almost a comical accusation. On that particular day in February, Mr. Zinn came to my door and handed me a notice related to the gas shut-off, Mr. Zinn had merely accompanied Mr. Lutzi who had

a hand written water bill. Mr. Lutzi gestured to me that I owned him 300 euro for the water bill. Mr. Lutzi gesture he would turn off the water if I did not pay him. I ended up shutting the door on Mr. Lutzi and Mr Zinn because I could not understand their German language and they did not understand my English. Thus, both of men remained outside the door for almost five minutes talking angrily through the door in their native language.

During that month of February, I anticipated the gas being turned off because my fiancée no longer could afford the utilities. I was not worried about a utility bill because I had planned to have the utilities reassigned to my name. I knew I could have the utilities turned on immediately with a Vat form. I never phoned anyone at any time to ask or demand a gas meter be turned on. My calls to the gas company were strictly base on research to gather information from their Customer Service Department. I could not have received information about company policies and services had I conducted myself any other way but professional. In fact, an Attorney in the states who read the report from Mrs. Burney's office stated if I was so disrupting and they feared for their safety, why did they cooperate and turn my gas back on and not call Military or German police?

Mr. Lutzi signed a new rental agreement with my fiancée in January of 2005. My fiancée and I went to utility companies and change the utilities from my name to her name. Mr. Lutzi and Mr. Zinn, in addition to most of our neighbors were aware my fiancée and I lived together. The rental lease was in her name and Mr. Lutzi signed my name on every payment receipt when we paid rent (Please see rental agreement and payment receipts). I never denied or informed anyone that we were not living together. However, in February, she decided to return to the states permanently but I convinced her to stay until these events with the Army in Heidelberg, Germany were over.

Mr. Lutzi, our landlord, hounded us relentlessly about a water bill. We finally took an official copy of the water bill to JAG (Please see letter from JAG). An Attorney at JAG stated that Mr. Lutzi was trying to drain us for money and Mr. Lutzi had no legitimate bases to charge us that amount of money. When Mr. Lutzi received the letter from JAG written in German he briefly stopped bugging us for a week. Days before we move he started hounding us again about a water bill.

For a week or more Mr. Lutzi made many gestures to me to come to his basement. When I finally did Mr. Lutzi displayed 4 water meters that looked newly installed but he gestured that the meters where there all the time and the meters could demonstrate that we owed him 300 euro. It seemed Mr. Lutzi became more aggressive trying to convince me to pay him 300 euro for water that we never consumed.

On April 27, my fiancée and I was days away from moving out of the apartment. I arrive home at 1500 hour and Mr. Lutzi and an unknown German female approached me before I could enter the house. The female started yelling at me and saying anti American slogans in English, she started screaming that I will pay the water bill are our things will be on the street that night. When I order her to step back and get out of my face she made a quick dash towards me and *spitted in my face and called me a black nigger.* I immediately ran inside my apartment and dial 112 (911). From there, the fire department informed me that they were not the police and switched me to 110 (911) the German police. After describing the situation to the German police, they switched me to the Military Police where I informed the MPs of the events. The MPs informed me a squad car will be at my address very shortly. I left the apartment and went to my car to wait on the MPs. The female who assaulted me drove up in a car got out and motion as if she had

6

a weapon in her purse; she then went inside Mr. Lutzi apartment. I immediately phoned the German police again and described the situation. They asked that I wait and the MPs were seconds away from the location. The German police also wanted to know the license plate of the car she got out of. Sergeant Jiles of the 596th Vogelweh Military police arrived on the seen with a German SP officer. I informed them precisely what had occurred. They immediately went to Mr. Lutzi apartment to question the female. An hour later the MPs emerged and informed me the German police have concluded that it was a simple private argument or dispute and if I wanted to file charges against her for spitting in my face then I would have to hire an Attorney and file a complaint against her through the courts. In essence, Mr. Geesey's report was nothing more than a group of individuals who fabricated lies and stereotyped Americans as irresponsible, violent, and vulgar people who run out on utility bills. For me, this would be opportunity to pursue these individuals legally and drag them to a courtroom in the United States and sue them for slander. I never conducted myself in that manner and behaved outrageously as described in their report. I recall Mr. Dietze, the German clerk at the gas company who is mentioned in the report. He was the main individual who made superficial statements in calling Americans irresponsible. In a meeting I had with gas company representatives, I made mentioned what Mr. Dietze had stated about Americans; Mr. Dietze at the meeting never blinked or denied stating it. There were three German representatives and one Arabic ethnicity representative in the meeting and the only issue those representatives were concerned was my claim that Stars and Strips news reporters should investigate to uncover if Americans are paying higher prices for utilities than Germans. The false accusations the gas company reported to Army officials was indeed a set-up to belittle

and discredit me and stereotype an African American as being dangerous and violent. These false accusations are motivated to protect their company's earnings and profits they acquire from Americans doing business with them. This particular utility company cannot afford our Stars and Stripes to investigate their business practices. Nonetheless, if an American had behaved as they described in their reports those gas company representatives would have not hesitated to summons German and Military police to their facility.

    In the last days we lived at Mr. Lutz's residence, I called an electrical engineer in Chicago, Illinois because I wanted to find out how I could find if someone is connected to my utilities. The engineer explained a simple procedure of switching off the electricity in the electrical box. He explains if the electrical meter stop turning than no one is connected; however, if the meter is continues to turn then something is plugged into my electricity. I found the electrical box in the apartment and switch off all the electricity as instructed. The electrical meter stopped turning when my electricity was turned off. Mr. Lutzi has a workshop located in his basement next to our apartment. He usually works in his work shop in the mornings through the evening hours. I waited until Mr. Lutzi was in his work shop and turn on his lights. I then switched off my electricity in my apartment but the wheel inside the meter kept spinning, which meant Mr. Lutzi was tied to my electricity and most likely had committed the same fraud against other Americans who lived in that apartment prior to us moving there. Later that evening, he left the shop and turned off his lights and the meter in my apartment stopped turning. That night, I stepped outside near Mr. Lutzi's front doorway and garage where motion lights normally come on in both locations. When his motion lights are on we discovered our electrical meter in our

apartment would continue to spin even when our electricity was off. Mr. Lutzi had been tied to our electricity the entire time we resided there. The next day I alerted the electrical and gas companies about the fraud. The electrical company stated that they would speak to him about it but could not promise anything. The gas company stated that they would look into it. But from the time we moved out the apartment no representative showed up to investigate the fraud.

At this particular time, I am very disappointed in the Vat office I begged to investigate the fraud and waste associated with our apartment. I am even more disappointed that Mr. Geesey and other administrators at Child and Youth Services in Heidelberg, Germany are exploiting hearsay and fabrications in an effort to cover-up race discrimination and retaliation in the workplace. Mrs. Ferguson, I plea to your office to investigate these matters I humbly present to your office. Thank you for your cooperation.


Sincerely yours,

*[signature]*
Nathan J. Sturdivant

9