UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

RECEIVED
AUG 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Nathan J. Sturdivant | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action 08-006 (EGS) |
| | ) |
| Pete Geren | ) |
| Secretary of the Army | ) |
| | ) |
| Defendant | ) |

## MOTION TO STAY IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I would like to notify the court that I am relocating to the District of Columbia area. Friends and relatives in the District of Columbia are assisting me in that relocation. I have stated throughout these motions to the court that a stay in the District Court for the District of Columbia is more than a matter of convenience. I have no friends, relatives, or support mechanisms in the state of Virginia; I have never been to the state of Virginia and I would be at a great disadvantage to trial this case in the state of Virginia.

I have uncovered new information I will seek from the defendant in the Discovery phase of these legal procedures. The defendant in this case caused needless difficulties upon me and I plea to this court to uphold the transfer of this case to the District Court for the District of Columbia. Thank you for your cooperation.

Sincerely,

Nathan Sturdivant

## CERTIFICATE OF SERVICE

I certify copies of documents were served on the following by August 11, 2008:

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

                                           Lanny J. Acosta Jr.
                                           Special Assistant United States
                                           Attorney, Civil Division
                                           555 Fourth St. N.W.
                                           Washington D.C. 20530